PETER L. ARIAN (Bar No. 238029)
(E-Mail: Peterarianlaw@gmail.com)
822 College Avenue, Box 308
Kentfield, CA 94914
Telephone: (415) 785-4060
Facsimile: (415) 329-1408

Attorney for Defendant
MARCUS DIETER FELDER

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MARCUS DIETER FELDER,<br><br>Defendants. | Case Nos. CR-14-536-MMC<br>CR-19-256-MMC<br><br>[PROPOSED] ORDER TO CONTINUE RE-SENTENCING HEARING AND EXTEND FILING DEADLINE |

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that defendant Marcus Felder's re-sentencing hearing is continued to February 8, 2023. The January 25, 2023, re-sentencing hearing is vacated. Defendant's post-remand sentencing memorandum is now due on February 1, 2023.

IT IS SO ORDERED.

DATED: January 19, 2023        By: _____
                                    HON. MAXINE M. CHESNEY
                                    Senior United States District Judge